**IN THE CIRCUIT COURT**
**FOR THE TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

| | | |
|---|---|---|
| JUDY FAHRNER, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND BITAR; NELSON BURTNICK; FULL TILT POKER LTD.; TILTWARE LLC; VANTAGE, LTD; FILCO, LTD.; KOLYMA CORP. A.V.V.; POCKET KINGS LTD.; POCKET KINGS CONSULTING LTD.; RANSTON LTD.; MAIL MEDIA LTD.; HOWARD LEDERER; PHILLIP IVEY JR.; CHRISTOPHER FERGUSON; JOHNSON JUANDA; JENNIFER HARMON-TRANIELLO; PHILLIP GORDON;ERICK LINDGREN; ERIK SEIDEL; ANDREW BLOCH; MIKE MATUSOW; GUS HANSEN; ALLEN CUNNINGHAM; PATRIK ANTONIUS; RAFAEL FURST; RATIONAL FT ENTERPRISES LIMITED<br><br>Defendants. | ) | Case No.: 12-L-354<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>ST. CLAIR COUNTY<br>MAR 07 2013<br>52 CIRCUIT CLERK |

**NOTICE TO THE CLERK OF THE CIRCUIT COURT OF ST. CLAIR COUNTY, ILLINOIS OF REMOVAL OF ACTION**

To: Clerk of the Circuit Court of St. Clair County, Illinois

PLEASE TAKE NOTICE that on March 7, 2013, pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453, the above captioned action was removed from this Court to the United States District Court for the Southern District of Illinois. A true and correct copy of the Notice of Removal is attached as **Exhibit 1**.

EXHIBIT 3

{M0124494.1}

MATHIS MARIFIAN & RICHTER, LTD.

By   /s/ Laura Schrick
William J. Niehoff, #6193763
Laura E. Schrick, #6284750
23 Public Square, Suite 300
Belleville, Illinois 62220
(618) 234-9800
(618) 234-9786 Fax

Attorneys for Defendants,
*Tiltware LLC and Erik Seidel*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served upon all attorneys of record by mailing the same, first-class postage prepaid, on this 7th day of March, 2013, addressed as follows:

> Lloyd M. Cueto
> Law Offices of Lloyd M. Cueto
> 7110 West Main Street
> Belleville, IL 62223
>
> Michael Gras
> Law Office of Christopher Cueto, LTD
> 7110 West Main Street
> Belleville, Illinois 62223

_[signature: Laura Schulte]_