UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINIOS

| | |
|---|---|
| JUDY FAHRNER, individually, and on behalf of all others similarly situated | ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No.: 13-cv-00227-MJR- SCW <br> ) |
| RAYMOND BITAR; NELSON BURTNICK; FULL TILT POKER LTD.; TILTWARE LLC; VANTAGE, LTD; FILCO, LTD.; KOLYMA CORP. A.V.V.; POCKET KINGS LTD.; POCKET KINGS CONSULTING LTD.; RANSTON LTD.; MAIL MEDIA LTD.; HOWARD LEDERER; PHILLIP IVEY JR.; CHRISTOPHER FERGUSON; JOHNSON JUANDA; JENNIFER HARMON-TRANIELLO; PHILLIP GORDON;ERICK LINDGREN; ERIK SEIDEL; ANDREW BLOCH; MIKE MATUSOW; GUS HANSEN; ALLEN CUNNINGHAM; PATRIK ANTONIUS; RAFAEL FURST; RATIONAL FT ENTERPRISES LIMITED | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> JURY TRIAL DEMANDED |
| Defendants. | ) <br> ) |

## DEFENDANTS TILTWARE LLC AND ERIK SEIDEL'S MOTION TO DISMISS FIRST-AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

COME NOW Defendants Tiltware LLC and Erik Seidel, by and through their counsel, Ifrah PLLC and Mathis, Marifian & Richter, Ltd., and hereby move to dismiss Plaintiff's First-Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, 12(b)(6) for failure to state a claim, or, in the alternative, under Fed. R. Civ. P. 56 for summary judgment. A detailed memorandum in support is being filed contemporaneous to this Motion and is incorporated here by reference.

{M0126373.1}

WHEREFORE, Defendants Tiltware LLC and Erik Seidel respectfully request that this Court grant their Motion and dismiss Plaintiff's First-Amended Complaint in its entirety as to them with prejudice, or, in the alternative, grant summary judgment in their favor.

Dated: March 14, 2013

MATHIS MARIFIAN & RICHTER, LTD.


By:____/s/ William J. Niehoff_____
        William J. Niehoff, #6193763
        Laura E. Schrick, #6284750
        23 Public Square, Suite 300
        Belleville, Illinois  62220
        (618) 234-9800
        (618) 234-9786 Fax
        wniehoff@mmrltd.com
        lschrick@mmrltd.com

IFRAH PLLC


By: _____/s/ Rachel Hirsch_____
        A.  Jeff Ifrah (pro hac vice admission pending)
        David B. Deitch (pro hac vice admission pending)
        Rachel Hirsch (Bar No. 991122)
        1717 Pennsylvania Avenue, Suite 650
        Washington, D.C. 20006
        Telephone: (202) 524-4140
        Facsimile: (202) 524-4141
        jeff@ifrahlaw.com
        ddeitch@ifrahlaw.com
        rhirsch@ifrahlaw.com

        Attorneys for Defendants,
        *Tiltware LLC and Erik Seidel*

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that a copy hereof was served upon all attorneys of record by electronic

delivery via the CM/ECF System on this 14th day of March, 2013 addressed as follows:

> Lloyd M. Cueto
> Law Offices of Lloyd M. Cueto
> 7110 West Main Street
> Belleville, IL 62223
>
> Michael Gras
> Law Office of Christopher Cueto, LTD
> 7110 West Main Street
> Belleville, Illinois 62223

_____ s/William J. Niehoff _____