IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JUDY FAHRNER**, individually, and
on behalf of all others similarly situated,

**Plaintiff,**

v.  No. 13-0227-DRH

**RAYMOND BITAR; ET AL.,**

**Defendants.**

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's notice of dismissal pursuant to Rule 41(a)(1)(A)(i) (Doc. 116). Based on the reasons stated in the notice, the Court **ACKNOWLEDGES** the notice of dismissal and **DISMISSES** without prejudice Raymond Bitar, Nelson Burtnick, Vantage, LTD, Filco, LTD, Kolyma Corp. A.V.V., Pocket Kings, LTD, Pocket Kings Consulting, LTD, Ranston, LTD, Mail Media, LTD, Phillip Ivey, Jr., Christopher Ferguson, Johnson Juanda, Phillip Gordon, Erick Lindgren, Andrew Bloch, Gus Hansen, Patrik Antonius, and Rafael Furst.

**IT IS SO ORDERED.**

Signed this 12th day of December, 2013.

Digitally signed by
David R. Herndon
Date: 2013.12.12
10:14:10 -06'00'

Chief Judge
United States District Court