UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**JUDY FAHRNER et al**,

    **Plaintiffs,**

v.

**TILTWARE LLC, et al,**

    **Defendants.**                                               No. 13-cv-227-DRH

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   This matter is before the Court on Defendants' Motions to Dismiss (Docs. 165 & 169).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 24, 2015 (Doc. 189) granting defendants' Motions to Dismiss, dismissing the plaintiffs' third amended complaint and denying as moot the motions for oral argument, this case is **DISMISSED** with prejudice as to all parties.

                                                      JUSTINE FLANAGAN,
                                                      ACTING CLERK OF COURT

                                                      BY:   /s/*Caitlin Fischer*
                                                              **Deputy Clerk**

Dated:   March 24, 2015

Digitally signed by David R. Herndon
Date: 2015.03.24 14:04:46 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT